SUN INDEMNITY COMPANY OF NEW YORK, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Reported below, 264 App. Div. 73.
Submitted October 5, 1942; decided October 15, 1942.

*Leo M. Brimmer* for motion.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the application was not made within the time limited by the Civil Practice Act.